IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-02289-EWN-BNB

GOLDEN STATE MEDICAL, INC., a California corporation,

Plaintiff,

v.

ROBERT LEAVITT,

Defendant.

_____

## MINUTE ORDER

_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

     This matter is before the Court on the **Defendant's Unopposed Motion to File Counterclaim and Amendments to Answer** [docket no. 18, filed April 12, 2007] (the "Motion").

     IT IS ORDERED that the Motion is GRANTED and the Clerk of the Court is directed to accept for filing Attachment 1 to docket no. 18, the Defendant's Counterclaims and Amendments to Answer.

DATED:  April 13, 2007