IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 06-cv-02289-EWN-BNB

GOLDEN STATE MEDICAL, INC., a California corporation,

Plaintiff,

v.

ROBERT LEAVITT,

Defendant.

_____

## ORDER
_____

This matter is before me on the plaintiff's **Motion to Amend Complaint** [Doc. # 24, filed 4/16/2007] (the "Motion to Amend"). The defendant states in its response that it does not oppose the motion.

IT IS ORDERED that the Motion to Amend is GRANTED. The Clerk of the Court is directed to accept for filing the Verified First Amended Complaint and Jury Demand [Doc. # 24-3] which was submitted with the Motion to Amend.

IT IS FURTHER ORDERED that the defendant shall respond to the amended complaint within 10 days.

Dated May 10, 2007.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge