IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 06-cv-02289-EWN-BNB

GOLDEN STATE MEDICAL, INC., a California corporation,

Plaintiff,

v.

ROBERT LEAVITT,

Defendant.
_____

**ORDER**
_____

The parties appeared today for a preliminary pretrial conference. The proposed preliminary pretrial order was refused for reasons stated on the record.

IT IS ORDERED that the parties shall submit on or before **June 1, 2007**, a revised proposed preliminary pretrial order modified as discussed on the record.

IT IS FURTHER ORDERED that a settlement conference will be held on **June 26, 2007, at 3:30 p.m.**, in Courtroom 401, 4th floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado. Attorneys and client representatives with full authority to settle the case must be present at the conference in person. (NOTE: This requirement is not fulfilled by the presence of counsel alone. If an insurance company is involved, an adjustor authorized to enter into settlement also must be present.) Each party shall submit a confidential settlement statement to my chambers on or before **June 19, 2007**, outlining the facts and issues in the case and containing a specific offer of compromise, including a dollar amount the client will accept or pay in settlement and all other essential elements of a settlement.

Dated May 29, 2007.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge