IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 06-cv-02289-EWN-BNB

GOLDEN STATE MEDICAL, INC., a California corporation,

Plaintiff,

v.

ROBERT LEAVITT,

Defendant.
_____

## ORDER
_____

    I am informed that this case has been resolved.  Accordingly,

    IT IS ORDERED that on or before **July 11, 2007**, the parties shall file a stipulation or motion to dismiss with prejudice, pursuant to Fed. R. Civ. P. 41(a).

    Dated June 26, 2007.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge